STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INS. CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COSMERO,<br><br>                    Plaintiffs,<br><br>        v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 50, inclusive<br><br>                    Defendants. | CASE NO.: 2:06-CV-00276-DFL-KJM<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING:  (1) PRODUCTION OF STATE FARM DOCUMENTS; AND (2) RESTRICTING DISSEMINATION OF DISCOVERY** [Code of Civ. Proc. §§ 2031(f)(1-3), 2031(I)][1]<br><br><u>(Court annotations noted in strikeout/underline format)</u> |

**I.
<u>STIPULATION AND PROTECTIVE ORDER REGARDING
PRODUCTION OF STATE FARM DOCUMENTS</u>**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") and plaintiff Robert Cosmero ("Cosmero") hereby stipulate to the following protective order with respect to and to accommodate State Farm's production of certain documents in response to Cosmero's requests for production of documents.

---

[1] <u>As this matter is venued in federal court, federal law applies to the construction and enforcement of this order.</u>

128025

-1-

## II.
## PRODUCTION AND CUSTODY OF DOCUMENTS

State Farm will produce relevant and responsive documents regarding policies and procedures in force and effect while Cosmero's UM claim was pending ("the Documents") that is the subject of this lawsuit that have recently been requested and withheld based upon the trade secret, attorney-client privilege and attorney work-product doctrine, and other objections, without waiving those objections. Production of those Documents hereinafter specified shall take place by mail from and/or at:

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065

and shall proceed in the following manner:

a) This Order shall be served on all parties;

b) All parties and counsel for all parties herein shall be subject to the Court Order for the purpose of limiting the dissemination of the Documents produced hereunder;

c) Those persons viewing the requested Documents or copies of the same shall agree to the terms and conditions set forth in the viewing record and agreement attached hereto; and

d) Copies of all Documents produced by State Farm shall be designed "CONFIDENTIAL DOCUMENTS SUBJECT TO STIPULATION AND COURT ORDER" or a form of similar effect.

e) In the event the parties agree to produce any documents pursuant to this stipulation in advance of the court's execution of the order, the parties hereby agree to fully abide by their respective rights and obligations herein as a stipulation and confidentiality agreement and contract as though this stipulation was approved and ordered by the court.

## III.
## PERSONS AUTHORIZED TO TAKE CUSTODY

Only attorneys for parties of record, and law clerks, secretaries, translators, and qualified stenographers for said attorneys, and any experts actually hired for consultation and/or testimony in connection with this case, shall be allowed to view and retain custody of copies of the "Documents" or notes taken therefrom.

## IV.
## PROCEDURE FOR GRANTING CUSTODY

Prior to granting custody of copies of the subject Documents or notes taken therefrom, each person who is to take such custody shall be brought within the personal jurisdiction of the Court, including its contempt power, by signing a copy of this order signifying agreement to its provisions and consent to jurisdiction of the Court over his or her person for any proceedings involving alleged improper disclosures. Each such signature shall be made under penalty of perjury.

The failure to have each person sign a copy of this order prior to granting custody of copies of the subject documents or notes taken therefrom, will result in the prohibition of the parties using these documents for any purpose including this case; provided however that nothing herein shall be construed to supersede the Court's authority in determining the admissibility of evidence in this case.

## V.
## VIEWING RECORD AND AGREEMENT

No person shall be allowed or authorized to examine any portion of said Documents or notes arising therefrom, or to discuss the contents of either, until such persons has:

(1)     Read this Court Order; and

(2)     Completed and signed the "Viewing and Custody Record and Agreement" attached hereto as Exhibit "A".

## VI.
## JURISDICTION

Each person signing the "Viewing and Custody Record and Agreement" thereby agrees to be subject to the jurisdiction of this Court for contempt and other appropriate proceedings in the event of an alleged violation of this Protective Order.

## VII.
## NON-DISCLOSURE

No person authorized hereunder to view copies of the Documents or to make notes therefrom, may disclose any portion of the subject matter or contents of either any person not authorized hereunder.

128025                                          -3-

**INSPECTION AND VIEWING RECORD AND AGREEMENT FOR PROTECTIVE ORDER – CASE NO. 2:06-CV-00276-DEL-KJM**

## VIII.
## NON-DISSEMINATION

The Documents, copies of any portion of the same, contents of the Documents itself and all notes arising from examination of said Documents, as well as discussions of the contents thereof, shall be used only in connection with the present case of Cosmero (Robert) v. State Farm, United States District Court, Case Number 2:06-CV-00276-DFL~~DEL~~-KJM, and shall be used for no other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

## IX.
## ALL DOCUMENTS REVEALED TO THE COURT SHALL BE ~~SEALED~~ SUBJECT TO A REQUEST TO SEAL

All motions or other Documents filed with the Court, if any, which reveal any portion of the contents of the Documents, or notes arising therefrom, shall be ~~filed in a sealed envelope directly with the United States District Court – Eastern District and shall be considered sealed Documents until further order of the Court.~~ made the subject of a request to seal, filed in accordance with the applicable local rules, including Local Rule 39-141.  At any hearing or proceeding in which any Document covered by this order is referred to, revealed or discussed, either party can request that the hearing or proceeding be conducted in chambers, and any record of such proceedings sealed. ~~Any records made of such proceedings shall also be sealed until further order of the Court, if any.~~ Sealing of any documents or proceedings shall be effected only if the Court so orders.

## X.
## NON-WAIVER

The production of the subject Documents for inspection, viewing and custody shall not constitute a waiver of State Farm's right to claim in this lawsuit or otherwise, that said Documents or any documents described therein are privileged or otherwise non-discoverable or admissible.

## XI.
## SURRENDER OF DOCUMENTS

At the conclusion of the subject litigation, all documents provided, and any copies thereof, under this protective order shall be returned to State Farm's counsel.  The Documents are to be returned as soon as possible and no later than seven (7) days from the date of the dismissal of the action.

## XII.
## DESIGNATION OF PRIVILEGED DOCUMENTS

The parties shall be entitled to bring a motion to contest State Farm's designation that a particular Document or that Documents are protected by this order.

IT IS SO STIPULATED:

Dated: _____, 2007         SHEPARD & HAVEN, LLP


By _____[2]
    STANLEY R. PARRISH
    Attorney for Plaintiff
    ROBERT COSMERO

Dated: _____, 2007         HAYES, DAVIS, ELLINGSON, McLAY & SCOTT


By _____
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY

## ORDER

The above STIPULATION is hereby approved.

DATED: January 18, 2007.

_____
U.S. MAGISTRATE JUDGE

---

[2] The court acknowledges receipt of a copy of the proposed protective order signed by counsel.

```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
    203 Redwood Shores Pkwy., Ste. 480
 3  Redwood City, California  94065
    Telephone:  650.637.9100
 4  Facsimile:  650.637.8071

 5  Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE INS. CO.
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| 10  ROBERT COSMERO, | CASE NO.: 2:06-CV-00276-<u>DFL</u><s>DEL</s>-KJM |
| 11           Plaintiffs, | |
| 12      v. | **INSPECTION AND VIEWING RECORD AND AGREEMENT FOR PROTECTIVE ORDER REGARDING:  (1) PRODUCTION OF STATE FARM DOCUMENTS; AND (2) RESTRICTING DISSEMINATION OF DISCOVERY** <s>[Code of Civ. Proc. §§ 2031(f)(1-3), 2031(I)]</s> |
| 13  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 50, inclusive | |
| 14 | |
| 15           Defendants. | |

### INSPECTION AND VIEWING RECORD AND AGREEMENT FOR PROTECTIVE ORDER

I am an attorney of record in the above-captioned action. I agree, prior to the inspection and viewing of the claim files, to be brought within the personal jurisdiction of the Court, including its contempt power, by signing a copy of this Agreement signifying agreement to its provisions and consent to jurisdiction of the Court over my person for any proceedings involving alleged improper disclosures.

I have read the Stipulation and Protective Order Regarding: (1) Production Of State Farm Documents; And (2) Restricting Dissemination Of Discovery.

I agree to be subject to the jurisdiction of this Court for contempt and other appropriate proceedings in the event of an alleged violation of the Stipulation and Protective Order.

///

The claim files and copies, if any, of any portion of the claim files, and all notes arising from the inspection and viewing of the claim files, as well as discussions of the contents thereof, shall be used only in connection with the present case of <u>Cosmero v. State Farm Mutual Automobile Insurance Company</u>  United States District Court – Eastern District, Case Number 2:06-CV-00276-<u>DFL</u><s>DEL</s>-KJM, and shall be used for no other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

This ____ day of _____ 2007, I agree to the terms and conditions of the Stipulation and Protective Order and hereby enter into this Inspection and Viewing Record and Agreement under penalty of perjury of the laws of the <s>State of California</s> <u>United States</u>.

_____
Printed Name

_____
Signature