1  STEPHEN M. HAYES (SBN 83583)\
ROBERT S. McLAY (SBN 176661)
2  CHERIE M. SUTHERLAND (SBN 217992)
HAYES, DAVIS, BONINO, ELLINGSON, McLAY & SCOTT
3  203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
4  Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INS. CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT COSMERO, | CASE NO.: 2:06-CV-00276-DFL-KJM |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION** [Fed. Rule Civ. Proc., Rule 41(a)(1)] |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 50, inclusive | |
| Defendants. | |

Plaintiff Robert Cosmero and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to dismissal of the above entitled action as follows:

**STIPULATION**

The parties, having reached a settlement agreement as to all of Plaintiff Robert Cosmero's

///
///
///
///
///
///
///

claims on August 4, 2008, hereby stipulate to the dismissal of the entire above-entitled action with prejudice pursuant to FRCP 41(a)(1) with each party bearing their own attorneys' fees and costs.

Dated: August _14_ , 2008       HAYES DAVIS BONINO ELLINGSON
                                McLAY & SCOTT, LLP


                                By_____/S/_____
                                   STEPHEN M. HAYES
                                   ROBERT S. McLAY
                                   Attorneys for Defendant
                                   STATE FARM MUTUAL AUTOMOBILE
                                   INSURANCE COMPANY

Dated: August _7__ , 2008       SHEPARD & HAVEN, LLP


                                By_____/S/_____
                                   STANELY R. PARRISH
                                   Attorneys for Plaintiff
                                   ROBERT COSMERO

## [PROPOSED] ORDER

**IT IS SO ORDERED:**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.


Dated: August 15, 2008          /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT FOR
                                THE EASTERN DISTRICT OF
                                CALIFORNIA